Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
ILENE F. GOLDSTEIN,Trustee
850 Central Avenue
Suite 200
Highland Park
June 26, 2007

In Reference To:  Objections and review of claims and closing od Estate
Invoice #16153

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/4/07    LP   Review<br>Review of claims against schedules and notice reconcilliation of claims | 2.20<br>60.00/hr | 132.00 |
| 5/15/07    IFG   Review<br>Review of report on claims of paralegal, resolution of notice issue on At&T universal creditor | 0.80<br>275.00/hr | 220.00 |
| 6/28/07    IFG   Preparation of pleadings<br>Preparation of pleadings for final report | 1.40<br>275.00/hr | 385.00 |
| 6/30/07    IFG   Preparation of pleadings<br>Preparation of pleadings estimate for final distribution report and final account and final hearing | 2.00<br>275.00/hr | 550.00 |
| IFG    File and Docket<br>File and Docket pleading on and final account and distribution report | 0.50<br>275.00/hr | 137.50 |
| IFG    File and Docket<br>File and Docket pleading estimate for Final Report | 1.00<br>275.00/hr | 275.00 |

ILENE F. GOLDSTEIN                                                                                    Page   2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 7.90 | $1,699.50 |

Additional charges:

|  |  | Qty/Price |  |
|---|---|---|---|
| 6/30/07    IFG   FedEx | | 2 | 50.00 |
| Federal Express estimate for final report and account | | 25.00 | |
| IFG    Photocopy expense | | 200 | 20.00 |
| Photocopy Expense estimate on final report and account | | 0.10 | |

Total costs                                                                                                $70.00

Total amount of this bill                                                                       $1,769.50

Timekeeper summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 5.70 | 275.00 | $1,567.50 |
| Liza Perrelli | 2.20 | 60.00 | $132.00 |

PLEASE SUBMIT CASE NAME WITH PAYMENT.  THANK YOU.

ILENE F. GOLDSTEIN                                Page   3

In Reference To:  Retention and compensation of professionals
Invoice #16154
    Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/23/04 | IFG   Preparation<br>Preparation and update of time entries for fee petition | 1.20<br>240.00/hr | 288.00 |
|  | IFG   Preparation of pleadings<br>Preparation of pleadings on notice to all creditors on first interim fee application for attorneys | 1.10<br>240.00/hr | 264.00 |
| 8/26/04 | IFG   Preparation of pleadings<br>Preparation of pleadings for First interim fee application including all exhibits and narrative | 1.20<br>240.00/hr | 288.00 |
| 8/27/04 | ASG   Assembly of Legal Documents<br>service list of all creditors and serve notice of fees on all creditors | 1.20<br>50.00/hr | 60.00 |
| 9/8/04 | ASG   Assembly of Legal Documents<br>Assemble and serve full fee petition on all parties entitled to receive notice | 0.50<br>50.00/hr | 25.00 |
| 9/17/04 | IFG   Court Appearance for Hearing<br>Court Appearance for Hearing on First interim comensation | 0.50<br>240.00/hr | 120.00 |
|  | IFG   Court Appearance for Hearing<br>Court Appearance for Hearing on First Intrerim Fee Application for attorneys for the Trustee | 0.50<br>240.00/hr | 120.00 |
| 6/26/07 | IFG   Preparation of pleadings<br>Preparation of pleadings on Final fee application for attorneys | 1.60<br>275.00/hr | 440.00 |
|  | IFG   Preparation of pleadings<br>Preparation of pleadings for trustee fee app and order | 0.80<br>275.00/hr | 220.00 |

    Hrs/Rate    Amount

| Date | Init | Description | Hours/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| 7/2/07 | IFG | Preparation of pleadings<br>Preparation of pleadings for acct fee application,<br>Preparation of affidavits, order | 1.00 | 275.00/hr | 275.00 |

|  | For professional services rendered | 9.60 | $2,100.00 |
|---|---|---|---|

Additional charges:

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 8/27/04 | ASG | Postage<br>Postage | 1<br>3.78 | 3.78 |
| 8/27/04 | IFG | FedEx<br>Federal Express to court for notice on fees to IFG | 1<br>11.44 | 11.44 |
| 9/8/04 | ASG | Photocopy expense<br>Photocopy Expense for notice of fees | 96<br>0.10 | 9.60 |
| 9/30/04 | ASG | Photocopy expense<br>Photocopy Expense on fee app | 132<br>0.10 | 13.20 |
|  | ASG | FedEx<br>Federal Express fee petition to court for filing | 1<br>15.82 | 15.82 |
|  | ASG | FedEx<br>Federal Express notice of fees to court for filing | 1<br>15.00 | 15.00 |
|  | ASG | Postage<br>Postage for notice to creditors | 12<br>0.37 | 4.44 |
|  | ASG | Postage<br>Postage on fee applications | 2<br>1.83 | 3.66 |

|  | Total costs | $76.94 |
|---|---|---|
|  | Total amount of this bill | $2,176.94 |

---

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 4.50 | 240.00 | $1,080.00 |
| Ilene F. Goldstein | 3.40 | 275.00 | $935.00 |
| Al Stevens | 1.70 | 50.00 | $85.00 |

PLEASE SUBMIT CASE NAME WITH PAYMENT.  THANK YOU.