IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 03-49828 |
| | ) | |
| MADELINE G. MAHONEY | ) | Chapter 7 |
| | ) | |
| Debtor | | Hon. A. Benjamin Goldgar |

## AFFIDAVIT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

I, Lois West, being first duly sworn upon oath, depose and state as follows:

1. I am a member of the firm of Popowcer Katten, Ltd. ("Popowcer") and I am authorized to execute this affidavit on behalf of Popowcer.

2. I have read the Application for Allowance of Compensation and Reimbursement of Expenses of Popowcer, accountants for Ilene F. Goldstein, Trustee ("Application"), and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer has performed the services described in the Application.

3. Popowcer has not previously received any payments for any services rendered or to be rendered in any capacity in connection with this case. Popowcer has not entered into any agreement for the sharing of compensation received or to be received for services rendered to Trustee in connection with this matter, except as among the members and associates of firm.

Further Affiant sayeth not.

_Lois West_
Lois West

SUBSCRIBED AND SWORN to before
me this 11th day of July, 2007.

_Judith A. Hughes_
Notary Public

OFFICIAL SEAL
JUDITH A. HUGHES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-27-2008