**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| IN RE:<br>MAHONEY, MADELINE G.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 03-49828 ABG<br><br>JUDGE A. Benjamin Goldgar |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. BANKRUPTCY COURT sitting at the Lake County Court House located at 18 North County Street, Waukegan, Illinois in Court Room 206 or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar

   On: **October 5, 2007**     At: **1:30 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $  15,188.62 |
| b. Disbursements | $  3,799.63 |
| c. Net Cash Available for Distribution | $  11,388.99 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $2,268.86 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 3,540.00 | $3,799.50 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 220.40 | | $146.94 |
| POPOWCER KATTEN, LTD.<br>(Trustee's Accountant Fees) | 0.00 | $820.00 | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $16,687.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 26.09%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Financial Services | $ 8,638.43 | $ 2,253.69 |
| 2 | Citibank N A | $ 580.45 | $ 151.43 |
| 3 | Citibank N A | $ 7,468.89 | $ 1,948.57 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
9. Debtor has been discharged.
10. The Trustee proposed to abandon the following property at the hearing: NONE

| Dated: **September 13, 2007** | | For the Court, |
|---|---|---|
| | | |
| | | |
| | | By: **KENNETH S. GARDNER** |
| | | Kenneth S. Gardner |
| | | Clerk of the United States Bankruptcy Court |
| | | 219 S. Dearborn Street; 7th Floor |
| | | Chicago, IL 60604 |

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave. Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

828    Doc 41    Filed 09/13/07    Entered 09/15/07 23:42:46    Desc Imaged
Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                Page 1 of 1           Date Rcvd: Sep 13, 2007
Case: 03-49828                 Form ID: pdf002            Total Served: 12

The following entities were served by first class mail on Sep 15, 2007.
db           +Madeline G. Mahoney,   629 Buckhorn Terrace,   Buffalo Grove, IL 60089-1831
aty          +Law Offices of Ilene F Goldstein,   425 Huehl Road  Suite 16B,   Northbrook, IL 60062-2366
aty          +Sherwin A. Gerstein,   Sherwin A. Gerstein & Associates,   77 W. Washington Street,  Suite 712,
               Chicago, IL 60602-3270
tr           +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
7570106      +Bank Financial,   One Marriott Drive,   Lincolnshire, Illinois 60069-3703
7570108       Bank One,   Cardmember Service,   P. O. Box 50882,   Henderson, , NV 89016-0882
7570110       Citi Cards,   P. O. Box 6413,   The Lakes, NV 88901-6413
8441952      +Citibank N A,   Citibank/Choice,   Exception Payment Processing,   P O BOX 6305,
               The Lakes, NV 88901-6305
7570107      +First Midwest Bank,   Loan Processing Center,   P. O. Box 125,
               Bedford Park, Illinois 60499-0125
7570112       Reader's Digest,   Cardmember Service,   P. O. Box 50882,   Henderson, , NV 89016-0882

The following entities were served by electronic transmission on Sep 14, 2007.
7570111       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2007 03:00:02     Discover Card,
               P. O. Box 30395,   Salt Lake, City UT 84130-0395
8171707       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2007 03:00:02     Discover Financial Services,
               P O BOX 8003,   Hilliard OH 43026
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
7570109*      Bank One,   Cardmember Service,   P. O. Box 50882,   Henderson, NV 89016-0882
7570113*      Reader's Digest,   Cardmember Service,   P. O. Box 50882,   Henderson, , NV 89016-0882
                                                                                         TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**          **Signature:**    _Joseph Speetjens_