# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 03-49828 |
| | ) |
| Madeline Mahoney | ) Chapter 7 |
| | ) |
| Debtors, | ) Hon. A. Benjamin Goldgar |

## ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED, ATTORNEYS FOR THE TRUSTEE

This matter coming to be heard upon the **Final Application for Allowance of Compensation and Reimbursement of Expenses of the Law Offices of Ilene F. Goldstein, Chartered Attorneys for the Trustee,** the Trustee having filed an application seeking $3799.50 in fees and $146.94 in expenses, due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

Law Offices of Ilene F. Goldstein, Chartered is hereby awarded and the Trustee is directed to pay final compensation in the amount of $3799.50 for the actual, necessary and valuable professional services rendered to the Trustee and $146.94 in expenses for the period of August 26, 2004 through July 2, 2007.

IFG Chtd. previously awarded interim attorneys' fees for services rendered during the period January 23, 2004 through August 25, 2004 in the amount of $3,540.00 and $220.40 for reimbursement of expenses incurred in connection with its legal services is hereby awarded as Final Fees.

ENTERED
OCT - 5 2007
Judge A. Benjamin Goldgar
United States Bankruptcy Court

Dated: _____   ENTER:

_____
HON. A. Benjamin Goldgar

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave., Suite 200
Highland Park, Illinois 60035
(847) 926-9595

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 03-49828 |
| | ) | |
| MADELINE G. MAHONEY | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF POPOWCER KATTEN ACCOUNTANTS FOR THE TRUSTEE

This matter coming to be heard upon the Final Application for Allowance of Compensation and Reimbursement of Expenses of Lois West and Popowcer Katten, accountants for the Trustee, the accountants having filed an application seeking $820.00 in fees, due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

Lois West and Popowcer Katten, accountants for the Trustee is hereby awarded and the Trustee is directed to pay final compensation in the amount of $820.00 for the actual, necessary and valuable professional services rendered to the Trustee as Final compensation.

ENTERED

OCT - 5 2007

Dated: _____    ENTER:    Judge A. Benjamin Goldgar
United States Bankruptcy Court

_____
HON. A. Benjamin Goldgar

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave. Suite 200
Highland Park, Illinois 60035
(847) 926-9595

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 03-49828 |
| | ) | |
| Madeline Mahoney | ) | Chapter 7 |
| | ) | |
| Debtors, | ) | Hon. A. Benjamin Goldgar |

## ORDER ALLOWING FINAL STATUTORY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE ILENE F. GOLDSTEIN

This matter coming to be heard upon the **Final Application for Allowance of Statutory Compensation and Reimbursement of Expenses of the Trustee Ilene F. Goldstein**, the Trustee having filed an application seeking $2,268.86 in fees, due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

Trustee, Ilene F. Goldstein, Chartered is hereby awarded and the Trustee is directed to pay final statutory compensation in the amount of $2,268.86.

Dated: _____    ENTER:    ENTERED

OCT - 5 2007

_____
HON. A. Benjamin Goldgar
A. Benjamin Goldgar
United States Bankruptcy Court

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave, Suite 200
Highland Park, Illinois 60035
(847) 926-9595

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>MAHONEY, MADELINE G.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 03-49828 ABG<br><br>JUDGE A. Benjamin Goldgar |

**DISTRIBUTION REPORT**

I, <u>ILENE F. GOLDSTEIN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,035.30 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 4,366.45 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 11,401.75 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                          **PAGE 1**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) $ | 10,795.70 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  | ILENE F. GOLDSTEIN | 2,268.86 | 2,268.86 |
| 0001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 7,339.50 | 3,799.50 |
| 0002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 367.34 | 146.94 |
| 0003 | POPOWCER  KATTEN, LTD. | 820.00 | 820.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL         $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                   **PAGE 2**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 3**

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §724(b)(6) - Tax Liens: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(8) - Tax claims excluding fines and penalties $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | | 16,687.77 | 26.17% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| 1 | Discover Financial Services | 8,638.43 | 2,260.29 |
| 2 | Citibank N A | 580.45 | 151.88 |
| 3 | Citibank N A | 7,468.89 | 1,954.28 |
| | | TOTAL $ | 4,366.45 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(3) - Late unsecured claims $ | | 0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                   **PAGE 4**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 5**

DATED  /Ilene F. Goldstein/
10/09/07

ILENE F. GOLDSTEIN, Trustee

**EXHIBIT D**

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 03-49828 ABG |
| **Case Name:** | MAHONEY, MADELINE G. |
| **Taxpayer ID #:** | 13-7424428 |
| **Period Ending:** | 02/05/08 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****44-65 - Money Market Account |
| **Blanket Bond:** | $3,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/04 | {1} | LISA MAHONEY | SALE OF REAL ESTATE | 1110-000 | 15,000.00 | | 15,000.00 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 1.56 | | 15,001.56 |
| 09/20/04 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 3,540.00 | 11,461.56 |
| 09/20/04 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 220.40 | 11,241.16 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 2.38 | | 11,243.54 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 2.00 | | 11,245.54 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 2.31 | | 11,247.85 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 2.39 | | 11,250.24 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 2.82 | | 11,253.06 |
| 02/17/05 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2004 FOR CASE #03-49828, Annual Bond Premium | 2300-000 | | 21.00 | 11,232.06 |
| 02/28/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 2.68 | | 11,234.74 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 3.34 | | 11,238.08 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 3.23 | | 11,241.31 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 3.34 | | 11,244.65 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 3.59 | | 11,248.24 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.90 | | 11,252.14 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 4.30 | | 11,256.44 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 4.43 | | 11,260.87 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.89 | | 11,265.76 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 5.09 | | 11,270.85 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.64 | | 11,276.49 |
| | | | **Subtotals :** | | **$15,057.89** | **$3,781.40** | |

{} Asset reference(s)

Printed: 02/05/2008 01:55 PM V.10.03

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 03-49828 ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | MAHONEY, MADELINE G. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****44-65 - Money Market Account |
| Taxpayer ID #: | 13-7424428 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 02/05/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.35 | | 11,282.84 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.06 | | 11,288.90 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.71 | | 11,295.61 |
| 04/07/06 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/01/2006 FOR CASE #03-49828, Annual Bond Amount | 2300-000 | | 8.47 | 11,287.14 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.15 | | 11,294.29 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.68 | | 11,301.97 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.43 | | 11,309.40 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 7.69 | | 11,317.09 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.69 | | 11,324.78 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.19 | | 11,331.97 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.94 | | 11,339.91 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.45 | | 11,347.36 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.20 | | 11,354.56 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.57 | | 11,362.13 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.66 | | 11,367.79 |
| 03/20/07 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #03-49828 | 2300-000 | | 9.76 | 11,358.03 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.07 | | 11,364.10 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.27 | | 11,370.37 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.27 | | 11,376.64 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.87 | | 11,382.51 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.48 | | 11,388.99 |
| | | | | Subtotals : | $130.73 | $18.23 | |

{} Asset reference(s)

Printed: 02/05/2008 01:55 PM   V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 03-49828 ABG  
**Case Name:** MAHONEY, MADELINE G.

**Taxpayer ID #:** 13-7424428  
**Period Ending:** 02/05/08

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*44-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.28 | | 11,395.27 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.67 | | 11,400.94 |
| 10/03/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.81 | | 11,401.75 |
| 10/03/07 | | To Account #\*\*\*\*\*\*\*\*4466 | Transfer | 9999-000 | | 11,401.75 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,201.38 | 15,201.38 | $0.00 |
| Less: Bank Transfers | 0.00 | 11,401.75 | |
| **Subtotal** | 15,201.38 | 3,799.63 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,201.38** | **$3,799.63** | |

{} Asset reference(s)

Printed: 02/05/2008 01:55 PM V.10.03

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 03-49828 ABG  
**Case Name:** MAHONEY, MADELINE G.

**Taxpayer ID #:** 13-7424428  
**Period Ending:** 02/05/08

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*44-66 - Checking Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/07 |     | From Account #\*\*\*\*\*\*\*\*4465 | Transfer | 9999-000 | 11,401.75 |          | 11,401.75 |
| 10/11/07 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,268.86, Trustee Compensation;  Reference: | 2100-000 |  | 2,268.86 | 9,132.89 |
| 10/11/07 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $7,339.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 3,799.50 | 5,333.39 |
| 10/11/07 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $367.34, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 146.94 | 5,186.45 |
| 10/11/07 | 104 | POPOWCER  KATTEN, LTD. | Dividend paid 100.00% on $820.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 |  | 820.00 | 4,366.45 |
| 10/11/07 | 105 | Discover Financial Services | Dividend paid  26.16% on $8,638.43; Claim# 1; Filed: $8,638.43; Reference: | 7100-000 |  | 2,260.29 | 2,106.16 |
| 10/11/07 | 106 | Citibank N A | Dividend paid  26.16% on $580.45; Claim# 2; Filed: $580.45; Reference: | 7100-000 |  | 151.88 | 1,954.28 |
| 10/11/07 | 107 | Citibank N A | Dividend paid  26.16% on $7,468.89; Claim# 3; Filed: $7,468.89; Reference: | 7100-000 |  | 1,954.28 | 0.00 |

**Subtotals :**   **$11,401.75**   **$11,401.75**

{} Asset reference(s)

Printed: 02/05/2008 01:55 PM    V.10.03

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| Case Number: | 03-49828 ABG | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | MAHONEY, MADELINE G. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****44-66 - Checking Account |
| Taxpayer ID #: | 13-7424428 | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 02/05/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,401.75 | 11,401.75 | $0.00 |
| | | | Less: Bank Transfers | | 11,401.75 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,401.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $11,401.75 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****44-65** | 15,201.38 | 3,799.63 | 0.00 |
| **Checking # ***-*****44-66** | 0.00 | 11,401.75 | 0.00 |
| | $15,201.38 | $15,201.38 | $0.00 |

{} Asset reference(s)